```
 1  Dylan B. Carp (State Bar No. 196846)
    Conor J. Dale (State Bar No. 274123)
 2  JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
 3  San Francisco, California 94105
    Telephone: (415) 394-9400
 4  Facsimile: (415) 394-9401
    Email: carpd@jacksonlewis.com
 5  Email: conor.dale@jacksonlewis.com

 6  Attorneys for Defendant
    BAYSIDE MANAGEMENT CO. LLC
 7  dba EPMI, A BAYSIDE COMPANY,
    erroneously sued as BAYSIDE COMMUNITIES, LLC
 8  dba EPMI

 9  Taghi Astanche (SBN 236334)
    819 Eddy Street
10  San Francisco, CA 94109
    Telephone: (650) 281-6342
11  Facsimile: (415) 520-0808
    E-mail: taghi4193@yahoo.com
12
    Attorney for Plaintiff
13  AISHA GILMORE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA GILMORE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BAYSIDE COMMUNITIES, LLC dba EPMI and DOES 1 THRU 50,<br><br>　　　　　　Defendants. | Case No. C-12-4733 MEJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DECEMBER 13, 2012 CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: Sept. 11, 2012 |

1  Whereas:

2  1.  The current case management conference hearing for this case is scheduled for
3  December 13, 2012;

4  2.  Defendant BAYSIDE MANAGEMENT CO., LLC dba EPMI, A BAYSIDE
5  COMPANY and Plaintiff AISHA Gilmore have tentatively agreed to privately settle this matter;

6  3.  The parties are currently in the process of drafting a settlement agreement; and

7  4.  It will cost the parties and the Court unnecessary time and expense to prepare for
8  and attend the current December 13, 2012 case management conference in light of the tentative
9  settlement.

The parties therefore jointly stipulate and respectfully request that the Court continue the current December 13, 2012 case management conference to at least January 13, 2012. The parties similarly request that the Court continue all accompanying dates mandated by federal or local rule.

Dated: December 4, 2012                     JACKSON LEWIS LLP

By: _____
Dylan B. Carp
Conor J. Dale
Attorneys for Defendant
BAYSIDE MANAGEMENT CO. LLC
dba EPMI, A BAYSIDE COMPANY,
erroneously sued as BAYSIDE COMMUNITIES, LLC dba EPMI

Dated: December 4, 2012

By: _____
Taghi Astanehe
Attorney for Plaintiff
AISHA GILMORE

2                              Case No. C 12-4733 MEJ
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DECEMBER 13, 2012 CASE MANAGEMENT CONFERENCE

[~~PROPOSED~~] ORDER:

IT IS HEREBY ORDERED AS FOLLOWS:

The December 13, 2012 Case Management Conference is hereby ordered continued to January 13, 2012. All accompanying dates are similarly continued.

DATED: December 5, 2012

_____
The Hon. Maria Elena-James
United States Magistrate Judge

4828-9809-5634, v. 1