1  Dylan B. Carp (State Bar No. 196846)
   Conor J. Dale (State Bar No. 274123)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   Email: carpd@jacksonlewis.com
5  Email: conor.dale@jacksonlewis.com

6  Attorneys for Defendant
   BAYSIDE MANAGEMENT CO. LLC
7  dba EPMI, A BAYSIDE COMPANY,
   erroneously sued as BAYSIDE COMMUNITIES, LLC
8  dba EPMI

9  Taghi Astanche (SBN 236334)
   819 Eddy Street
10 San Francisco, CA 94109
   Telephone: (650) 281-6342
11 Facsimile: (415) 520-0808
   E-mail: taghi4193@yahoo.com
12
   Attorney for Plaintiff
13 AISHA GILMORE

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                            AMENDED ORDER

| | |
|---|---|
| 18  AISHA GILMORE, an individual, | Case No. C-12-4733 MEJ |
| 19             Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DECEMBER 13, 2012 CASE MANAGEMENT CONFERENCE** |
| 20       v. | |
| 21  BAYSIDE COMMUNITIES, LLC dba EPMI and DOES 1 THRU 50, | |
| 22             Defendants. | Complaint Filed: Sept. 11, 2012 |

Whereas:

1. The current case management conference hearing for this case is scheduled for December 13, 2012;

2. Defendant BAYSIDE MANAGEMENT CO., LLC dba EPMI, A BAYSIDE COMPANY and Plaintiff AISHA Gilmore have tentatively agreed to privately settle this matter;

3. The parties are currently in the process of drafting a settlement agreement; and

4. It will cost the parties and the Court unnecessary time and expense to prepare for and attend the current December 13, 2012 case management conference in light of the tentative settlement.

The parties therefore jointly stipulate and respectfully request that the Court continue the current December 13, 2012 case management conference to at least January 13, 2012. The parties similarly request that the Court continue all accompanying dates mandated by federal or local rule.

Dated: December 4, 2012                JACKSON LEWIS LLP

By: _____
Dylan B. Carp
Conor J. Dale
Attorneys for Defendant
BAYSIDE MANAGEMENT CO. LLC
dba EPMI, A BAYSIDE COMPANY,
erroneously sued as BAYSIDE COMMUNITIES, LLC dba EPMI

Dated: December 4, 2012

By: _____
Taghi Astanehe
Attorney for Plaintiff
AISHA GILMORE

2                                                Case No. C 12-4733 MEJ
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DECEMBER 13, 2012 CASE MANAGEMENT CONFERENCE

[~~PROPOSED~~] ORDER:

**IT IS HEREBY ORDERED AS FOLLOWS:**

The December 13, 2012 Case Management Conference is hereby ordered continued to ~~January 13, 2012~~. All accompanying dates are similarly continued.

January 17, 2013 @ 10:00 am, courtroom B, 15th floor.

DATED: December 5, 2012

*The Hon. Maria Elena-James*
*United States Magistrate Judge*

4828-9809-5634, v. 1