1  Dylan B. Carp (State Bar No. 196846)
   Conor J. Dale (State Bar No. 274123)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   Email: carpd@jacksonlewis.com
5  Email: conor.dale@jacksonlewis.com

6  Attorneys for Defendant
   BAYSIDE MANAGEMENT CO. LLC
7  dba EPMI, A BAYSIDE COMPANY,
   erroneously sued as BAYSIDE COMMUNITIES, LLC
8  dba EPMI

9  Taghi Astanehe (SBN 236334)
   819 Eddy Street
10 San Francisco, CA 94109
   Telephone: (650) 281-6342
11 Facsimile: (415) 520-0808
   E-mail: taghi4193@yahoo.com
12
   Attorney for Plaintiff
13 AISHA GILMORE

14

15                       UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  AISHA GILMORE, an individual, | Case No. C-12-4733 MEJ |
| 19           Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| 20      v. | Complaint Filed: Sept. 11, 2012 |
| 21  BAYSIDE COMMUNITIES, LLC dba EPMI and DOES 1 THRU 50, | |
| 22 | |
| 23           Defendants. | |

24      It is hereby stipulated by and between the parties to this action through their designated

25 counsel of record that the above- captioned action be and hereby is dismissed with prejudice

26 pursuant t5o FRCP 41(a)(1). Each side will bear its own attorneys' fees and costs.

27

28

                                                        1                        Case No. C 12-4733 MEJ
                                    JOINT STIPULATION OF DISMISSAL

Dated: December 31, 2012        JACKSON LEWIS LLP

By: _____
Dylan B. Carp
Conor J. Dale
Attorneys for Defendant
BAYSIDE MANAGEMENT CO. LLC
dba EPMI, A BAYSIDE COMPANY,
erroneously sued as BAYSIDE COMMUNITIES,
LLC dba EPMI

Dated: December 31, 2012

By: _____
Taghi Astanehe
Attorney for Plaintiff
AISHA GILMORE

**IT IS SO ORDERED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 1/4/2013