Dylan B. Carp (State Bar No. 196846)
Conor J. Dale (State Bar No. 274123)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: carpd@jacksonlewis.com
Email: conor.dale@jacksonlewis.com

Attorneys for Defendant
BAYSIDE MANAGEMENT CO. LLC
dba EPMI, A BAYSIDE COMPANY,
erroneously sued as BAYSIDE COMMUNITIES, LLC
dba EPMI

Taghi Astanehe (SBN 236334)
819 Eddy Street
San Francisco, CA 94109
Telephone: (650) 281-6342
Facsimile: (415) 520-0808
E-mail: taghi4193@yahoo.com

Attorney for Plaintiff
AISHA GILMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AISHA GILMORE, an individual, | Case No. C-12-4733 MEJ |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | Complaint Filed: Sept. 11, 2012 |
| BAYSIDE COMMUNITIES, LLC dba EPMI and DOES 1 THRU 50, | |
| Defendants. | |

It is hereby stipulated by and between the parties to this action through their designated counsel of record that the above- captioned action be and hereby is dismissed with prejudice pursuant t5o FRCP 41(a)(1). Each side will bear its own attorneys' fees and costs.

1                                                              Case No. C 12-4733 MEJ
JOINT STIPULATION OF DISMISSAL

Dated: December 31, 2012         JACKSON LEWIS LLP

                                 By: /s/ Dylan B. Carp
                                 Dylan B. Carp
                                 Conor J. Dale
                                 Attorneys for Defendant
                                 BAYSIDE MANAGEMENT CO. LLC
                                 dba EPMI, A BAYSIDE COMPANY,
                                 erroneously sued as BAYSIDE COMMUNITIES,
                                 LLC dba EPMI

Dated: December 31, 2012

                                 By: /s/ Taghi Astanehe
                                 Taghi Astanehe
                                 Attorney for Plaintiff
                                 AISHA GILMORE

**IT IS SO ORDERED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 1/4/2013

2
JOINT STIPULATION OF DISMISSAL                            Case No. C 12-4733 MEJ